UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395

FILED by _____ D.C.
INTAKE
SEP 2 8 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

FREDRICK BLACK,

    Plaintiff,

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

MAGISTRATE JUDGE
SNOW

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FILED BY DEFENDANT, APPLE INC., PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Federal Rule of Civil Procedure 7.1., Defendant, Apple Inc. ("Apple"), certifies that the following persons have a financial interest, as defined by 28 U.S.C. § 455(d)(4), in Apple:

    1.    Board of Directors: Bill Campbell, Millard Drexel, Albert Gore Jr., Steve Jobs, Arthur D. Levinson, Ph.D, Dr. Eric Schmidt, Jerry York.

    2.    Officers: Timothy Cook, Anthony Fadell, Jonathan Ive, Steve Jobs, Ronald B. Johnson, Peter Oppenheimer, Donald J. Rosenberg, Philip Schiller, Bertrand Serlet, Ph.D, Sina Tamaddon.

    3.    Others: Apple is a publicly held company with numerous shareholders. It has no parent company and no one with an ownership interest that must be disclosed pursuant to Federal Rule 7.1. Shares of Apple stock change ownership on a frequent basis. Additionally, Apple has many employees who actively participate in its affairs. Apple has identified the officers and directors in this disclosure, but not lower level employees.

EPSTEIN, BECKER & GREEN, P.C. · MIAMI, FLORIDA

Except for the foregoing and the named parties, the undersigned is aware of no other interest to report.

Dated: September 28, 2007    Respectfully submitted,

*Janet D. Munn*
Janet T. Munn, Esq. (Florida Bar No. 50128)
jmunn@ebglaw.com
Epstein Becker & Green, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521
Cell: 305-450-6223
Attorneys for Defendant, Apple Inc.

Of Counsel:

Robert A. Mittelstaedt (California Bar No. 060359)
ramittelstaedt@jonesday.com
Tracy M. Strong (California Bar. No. 221540)
tstrong@jonesday.com
Lara Kollios (California Bar No. 235395)
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700
Attorneys for Defendant, Apple Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail to Edward R. Curtis, Esq., and William T. Cotterall, Esq., Tripp, Scott, P.A., 110 S.E. Sixth Street, 15th Floor, Fort Lauderdale, Florida 33301 this 28th day of September, 2007.

*Janet T. Munn*
Janet T. Munn