UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395

FILED by ___ INTAKE
SEP 28 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

FREDRICK BLACK,

    Plaintiff,

MAGISTRATE JUDGE
SNOW

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

### DEFENDANT, APPLE INC.'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Defendant, Apple Inc. ("Apple"), pursuant to Local Rule 3.8, hereby files the following Notice of Pending, Refiled, Related or Similar Actions:

Apple notifies the Court that there are consolidated cases raising similar issues that have been pending for two years in the United States District Court for the Northern District of California before the Honorable James Ware under the caption *The Apple iPod iTunes Antitrust Litigation*, Case No. C05-00037 JW.

Dated: September 28, 2007

Respectfully submitted,

Janet T. Munn, Esq. (Florida Bar No. 501281)
jmunn@ebglaw.com
Epstein Becker & Green, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521
Cell: 305-450-6223
Attorneys for Defendant, Apple Inc.

SFI- 570635v1

EPSTEIN, BECKER & GREEN, P.C. · MIAMI, FLORIDA

Of Counsel:

Robert A. Mittelstaedt
(California Bar No. 060359)
ramittelstaedt@jonesday.com
Tracy M. Strong
 (California Bar. No. 221540)
tstrong@jonesday.com
Lara Kollios
(California Bar No. 235395)
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone:  415-875-5710
Fax:  415-875-5700
Attorneys for Defendant, Apple Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail to Edward R. Curtis, Esq., and William T. Cotterall, Esq., Tripp, Scott, P.A., 110 S.E. Sixth Street, 15th Floor, Fort Lauderdale, Florida 33301 this 28th day of September, 2007.

*Janet T. Munn*
Janet T. Munn