UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395 CIV ZLOCK/SNOW

FREDRICK BLACK,

    Plaintiff,

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

### AGREED MOTION OF DEFENDANT, APPLE INC., FOR ENLARGEMENT OF TIME TO SERVE A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendant, Apple Inc. ("Apple"), pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves for an enlargement of time up to and including October 15, 2007 to serve its answer, move to dismiss or to otherwise respond to Plaintiffs' Complaint ("Response"). The grounds supporting this Agreed Motion are set forth below.

Under the present deadline, Apple's Response to the Complaint is due October 5, 2007. Plaintiff's Counsel, Ed Curtis, is unavailable from October 5 through October 15, based on a notice of unavailability that Plaintiff filed in state court. Under the current schedule, Plaintiff's Opposition would be due October 15, the first day Plaintiff's counsel becomes available. L.R. 7.1(c). Further, Apple would benefit from additional time to prepare a Response to the Complaint, which *inter alia* alleges violations of antitrust law and is a putative class action.

The brief extension will not delay the case or prejudice the Plaintiff who has agreed to and will benefit from the requested extension. The Court has authority pursuant to Federal Rule of Civil Procedure 6(b) to grant extensions of time when, as here, justice so requires.

CASE NO.: 07-21186 CIV Zlock/Snow

Prior to filing this Agreed Motion, counsel for Apple, Lara Kollios and Janet Munn spoke telephonically with counsel for Plaintiff, Edward Curtis, in a good faith attempt to resolve the motion by agreement and Mr. Curtis agreed on behalf of the Plaintiff to the requested extension.

## **CONCLUSION**

On the basis of the foregoing, Apple respectfully requests that the Court grant its Motion to serve a Response to the Complaint, to and including October 15, 2007.

Respectfully submitted,

Dated:  October 2, 2007

        **s/ Janet T. Munn**
jmunn@ebglaw.com
Florida Bar No.  501281
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, FL  33131
305-375-7592 (Telephone)
305-982-1521 (Facsimile)

Of Counsel:

Robert A. Mittelstaedt
(California Bar No. 060359)
ramittelstaedt@jonesday.com
Tracy M. Strong
 (California Bar. No. 221540)
tstrong@jonesday.com
Lara Kollios
(California Bar No. 235395)
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone:  415-875-5710
Fax:  415-875-5700
Attorneys for Defendant, Apple Inc.

CASE NO.: 07-21186 CIV Zlock/Snow

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing:

s/Janet T. Munn

Edward R. Curtis, Esq.
Florida Bar No. 236845
erc@tripscott.com
William T. Cotterall
Florida Bar No. 574651
wtc@tripscott.com
Tripp, Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

*Attorneys for Plaintiff*