FILING FEE PAID $75.00
In Forma Pauperis 967613
Clarence Maddox, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by JC D.C.
OCT 0 2 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO.: 07-21196 CIV ZLOCK/SNOW

FREDRICK BLACK,

 Plaintiff,

v.

APPLE, INC., a
foreign corporation,

 Defendant.
_____/

**AGREED MOTION FOR LARA KOLLIOS TO APPEAR PRO HAC VICE**

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Lara Kollios, of the law firm of Jones Day, 555 California Street, 26th Floor, San Francisco, California 94104, Telephone: 415-875-5837, for purposes of appearing as counsel on behalf of Defendant Apple Inc., ("Apple") in the above-styled case only.

Lara Kollios certifies herewith that she has studied the Local Rules of this Court and is a member in good standing of the Bar of California. Ms. Kollios is also admitted to the United States District Court for the Northern and Eastern Districts of California.

In further support of this motion, it is hereby designated that Janet T. Munn is a member of the bar of this Court and maintains an office in this District for the practice of law. She is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, the law firm of Epstein Becker & Green, P.C., 200 South Biscayne Blvd.,

SFI-570806v1

Suite 2100, Miami, FL 33131, Telephone: 305.375.7592, Telecopy: 305.982.1521; email: *jmunn@ebglaw.com*, acts as local counsel in this matter on behalf of Apple.

Prior to filing this motion, undersigned counsel for Janet Munn, telephoned counsel for Plaintiff in a good faith attempt to resolve this motion by agreement and is authorized to represent that Plaintiff has agreed to this motion.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation

Dated: Oct 2, 2007                                     *[signature]*
                                                       Janet T. Munn

Executed by Lara T. Kollios, under penalty of perjury on this 1st day of October, 2007 at San Francisco, California.

Respectfully submitted,

Dated:  October 1, 2007

Lara T. Kollios
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700

By: *[signature]*
    Lara T. Kollios, Esq.

and

Janet T. Munn
jmunn@ebglaw.com
Florida Bar No. 501281
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, FL 33131
305-375-7592 (Telephone)
305-982-1521 (Facsimile)
*Attorneys for Defendant Apple, Inc.*

CASE NO: 07-21196 CIV ZLOCK/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail to Edward R. Curtis, Esq., and William T. Cotterall, Esq., Tripp, Scott, P.A., 110 S.E. Sixth Street, 15th Floor, Fort Lauderdale, Florida 33301 this 2nd day of October, 2007.

Janet T. Munn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-21186 CIV ZLOCK/SNOW

FREDRICK BLACK,

    Plaintiff,

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

### ORDER GRANTING AGREED MOTION FOR LARA KOLLIOS TO APPEAR PRO HAC VICE

This cause came before the Court upon the application of Lara Kollios, counsel for Defendant Apple Inc., for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court:

ORDERS, ADJUDGES and DECREES that the motion be, and the same is hereby, GRANTED.

DONE and ORDERED in Chambers in Miami, Florida, this _____ day of October 2007.

                                                    WILLIAM J. ZLOCK
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
See Attached Service List

CASE NO.: 07-21186 CIV ZLOCK/SNOW

## SERVICE LIST

Janet T. Munn, Esq.
Florida Bar No. 501281
Epstein Becker & Green, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521
Cell: 305-450-6223
jmunn@ebglaw.com

*Attorneys for Apple Inc.*

Robert A. Mittelstaedt
ramittelstaedt@jonesday.com
Tracy M. Strong, Esq.
tstrong@jonesday.com
Lara Kollios
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700

*Of Counsel for Apple Inc.*

Edward R. Curtis, Esq.
Florida Bar No. 236845
erc@tripscott.com
William T. Cotterall
Florida Bar No. 574651
wtc@tripscott.com
Tripp, Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

*Attorneys for Plaintiff*