UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61395-CIV-ZLOCH

FREDRICK BLACK,

    Plaintiff,

vs.                                    **O R D E R**

APPLE, INC., a foreign
corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant Apple, Inc.'s Motions To Appear Pro Hac Vice (DE 7, 8, 9).  The Court has carefully reviewed the merits of said Motions and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant's Motions To Appear Pro Hac Vice (DE 7, 8, 9) be and the same are hereby **GRANTED** and Lara Kollios, Esq., Tracy M. Strong, Esq. and Robert A. Mittelstaedt, Esq. are hereby granted leave to appear in the above-styled cause on behalf of Defendant, Apple, Inc.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_11th\_\_\_ day of October, 2007.

                                     WILLIAM J. ZLOCH
                                     United States District Judge

Copies furnished:
All Counsel of Record