UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395 CIV ZLOCH/SNOW

FREDRICK BLACK,

    Plaintiff

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

NOTICE OF DEFENDANT, APPLE INC., OF SCRIVENER'S
ERROR ON PAGE TEN OF ITS MOTION TO TRANSFER

    Defendant, Apple Inc. ("Apple"), respectfully gives notice of a scrivener's error on page 10 of its Motion to Transfer, filed on October 12, 2007, DE #12. Apple stated on page 10 in the certification of attempt to resolve the motion prior to filing, that Plaintiff's counsel had agreed to the Motion to Transfer. This is a scrivener's error. Apple's counsel telephoned Plaintiff's counsel prior to filing the Motion to Transfer, but did not receive a return call and on October 12, 2007, was advised by Mr. Cotterall's office that he was out of the office. A corrected page 10 is attached to this Notice of Scrivener's Error as Exhibit "A" and Apple respectfully requests that

MI:132895v1

CASE NO.: 07-61395 CIV ZLOCH/SNOW

the Court and the Clerk of Court substitute the corrected page ten for the incorrect one containing the scrivener's error. Undersigned counsel apologizes to the Court for the error.

Dated: October 12, 2007

Respectfully submitted,

s/ Janet T. Munn
(Florida Bar No. 501281)
jmunn@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521

CASE NO.: 07-61395 CIV ZLOCH/SNOW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of October, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified below the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel who are not authorized to receive electronically Notices of Electronic Filing:

Edward R. Curtis, Esq.
William T. Cotterall, Esq.
TRIPP, SCOTT, P.A.
110 S. E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

*Counsel for Plaintiff*