# EXHIBIT A

xxx

CASE NO.: 07-61395 CIV ZLOCH/SNOW

## CERTIFICATION OF GOOD FAITH ATTEMPT TO RESOLVE

I hereby certify that prior to filing this motion, Janet T. Munn, counsel for Apple, telephoned Plaintiff's counsel, William T. Cotterall, in a good faith attempt to resolve this motion by agreement, but did not receive a return telephone call in time for filing this motion.

Dated: October 12, 2007

Respectfully submitted,

s/ Janet T. Munn
(Florida Bar No. 501281)
jmunn@ebglaw.com
EPSTEIN BECKER & GREEN, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521

and

Robert A. Mittelstaedt (California Bar No. 060359)
ramittelstaedt@jonesday.com
Tracy M. Strong (California Bar. No. 221540)
tstrong@jonesday.com
Lara Kollios (California Bar No. 235395)
lkollios@jonesday.com
JONES DAY
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700

*Admitted Pro Hac Vice*
*Attorneys for Defendant, Apple Inc.*