# EXHIBIT A

xxx

Dockets.Justia.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-61395 CIV ZLOCH/SNOW

FREDRICK BLACK,

    Plaintiff

v.

APPLE, INC., a
foreign corporation,

    Defendant.
_____/

**ORDER ON AGREED MOTION OF DEFENDANT, APPLE INC., FOR LEAVE TO FILE MOTION TO DISMISS AFTER NOON ON OCTOBER 12, 2007 AND FOR THE COURT TO ACCEPT THE MOTION AS TIMELY FILED**

THIS CAUSE came before the Court upon the Agreed Motion of Defendant, Apple Inc., for Leave to File its Motion to Dismiss After Noon On October 12, 2007, and to Accept the Motion to Dismiss as Timely Filed. The Court being duly advised herein it is hereby

ORDERED AND ADJUDGED that the Agreed motion be, and the same is Granted and that Apple's Motion to Dismiss is deemed timely filed.

DONE and ORDERED in Chambers in Fort Lauderdale, Florida, this _____ day of October 2007.

                                                _____
                                                WILLIAM J. ZLOCH
                                                UNITED STATES DISTRICT JUDGE
                                                SOUTHERN DISTRICT OF FLORIDA

Copies furnished to:
See Attached Service List

MI:132894v1

## SERVICE LIST

Janet T. Munn, Esq.
Florida Bar No. 501281
Epstein Becker & Green, P.C.
200 S. Biscayne Boulevard, Suite 2100
Miami, Florida 33131
Tel: 305-375-7592
Fax: 305-982-1521
Cell: 305-450-6223
jmunn@ebglaw.com

*Attorneys for Apple Inc.*

Robert A. Mittelstaedt
ramittelstaedt@jonesday.com
Tracy M. Strong, Esq.
tstrong@jonesday.com
Lara Kollios
lkollios@jonesday.com
Jones Day
555 California Street
26th Floor
San Francisco, California 94104
Telephone: 415-875-5710
Fax: 415-875-5700

*Of Counsel for Apple Inc.*

Edward R. Curtis, Esq.
Florida Bar No. 236845
erc@tripscott.com
William T. Cotterall
Florida Bar No. 574651
wtc@tripscott.com
Tripp, Scott, P.A.
110 S.E. Sixth Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: 954-525-7500
Facsimile: 954-761-8475

*Attorneys for Plaintiff*