# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



### CASE NO. 07-61395-CV-ZLOCH

Frederick Black,

Plaintiff(s),

v.

Apple, Inc.,

Defendant(s),

> FILED by _____ D.C.
>
> **Oct 17, 2007**
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA.

## CLERK'S NOTICE OF TRANSFER TO OTHER DISTRICT

Pursuant to the Order of Transfer entered on **10/17/2007**, the above-styled case is hereby transferred to the

**Northern District of California**.  Enclosed are certified copies of the Order of Transfer and the Court's docket

sheet.  The case record is  [   ] **a combined paper and electronic file or [ x ] an electronic file**

and the imaged documents can be accessed at the following web address:

### PACER.FLSD.USCOURTS.GOV

DONE at the Federal Courthouse Square, Miami, Florida, this 17 day of October 2007.

CLARENCE MADDOX,
Court Administrator • Clerk of Court

By: _____

Barbara Sohn
Deputy Clerk

---

**Please acknowledge receipt of this transfer by returning a time-stamped copy of this Notice to:**

United States District Court
Southern District of Florida
301 N Miami Avenue, RM 150
Miami, FL 33128-7788

Received By: _____

New Case No. _____

Dockets.Justia.com